UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM J. JONES,** | ) | CASE NO. CV 07-3906-DDP (AJW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| **ANTHONY HEDGPETH, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _November 2, 2011_

_____
Dean D. Pregerson
United States District Judge