```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    CENTRAL DISTRICT OF CALIFORNIA
10                           WESTERN DIVISION
11  WILLIAM J. JONES,             )   CASE NO. CV 07-3906-DDP (AJW)
                                  )
12          Petitioner,            )   JUDGMENT
                                  )
13      v.                        )
                                  )
14  ANTHONY HEDGPETH, Warden,     )
                                  )
15          Respondent.            )
                                  )
16  _____)
17       It is hereby adjudged that the petition for a writ of habeas
18  corpus is denied.
19
20  Dated: _November 2, 2011_
21
                                  _____
22
                                  Dean D. Pregerson
23                                United States District Judge
```