1

2

3

4

5

6

7

8

O

CLOSED 194

9                        UNITED STATES DISTRICT COURT

10                      CENTRAL DISTRICT OF CALIFORNIA

11  WILLIAM J. JONES,              )   Case No. CV 07-03906 DDP (AJW)
                                   )
12                 Petitioner,     )   **ORDER DENYING MOTION FOR**
          v.                       )   **RECONSIDERATION OF ORDER DENYING**
13  ANTHONY HEDGPETH, WARDEN,      )   **CERTIFICATE OF APPEALABILITY**
                                   )
14                 Respondent.     )   (Docket number 74)
    _____)

15

16        On November 21, 2011, Petitioner filed a Motion asking this

17  court to reconsider its November 2, 2011 Order denying a

18  certificate of appealability for this Petition.  In its Order, the

19  court denied the certificate because there had been no substantial

20  showing of the denial of a constitutional right.  In his Motion,

21  Petitioner argues only that "there [are] many constitutional rights

22  violations peppered throughout" his Petition.  The court has

23  already held to the contrary and finds no valid basis for

24  reconsidering its prior Order.  The court therefore DENIES

25  Petitioner's Motion.

26  IT IS SO ORDERED.

27  Dated: June 22, 2012                 _____
                                         DEAN D. PREGERSON
                                         United States District Judge
28